ACCEPTED
03-15-00748-CV
8218702
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/14/2015 11:22:58 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00748-CV

_____

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/14/2015 11:22:58 AM
JEFFREY D. KYLE
Clerk

_____

**PATRICK PENCE and JODEE PENCE,**

Appellants,

v.

**S&D BUILDERS, LLC; S&D DEVELOPMENT, LLC; LANGE CUSTOM BUILDERS, LLC; STEVEN M. LANGE; SUMMIT OAK HOMES, LLC; and DAVID C. OESTREICH**

Appellees.

_____

Appealed from the 274th District Court
Of Comal County, Texas

_____

**NOTICE OF APPEARANCE**

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Tex. R. App. P. 6.1(c), J. Bruce Bennett hereby enters his appearance as lead counsel for Appellees in the above-referenced appeal.

J. Bruce Bennett requests that a copy of all notices, briefs, motions, orders, and all other papers filed in this case be emailed, mailed, or otherwise delivered to him at the address set forth below.

1

Respectfully submitted,

CARDWELL, HART & BENNETT, L.L.P.
807 Brazos, Suite 1001
Austin, Texas  78701
(512) 322-0011 (Telephone)
(512) 322-0808 (Facsimile)
jbb.chblaw@me.com

By: /s/ J. Bruce Bennett
J. Bruce Bennett
State Bar No. 02145500

Bryan A. Woods
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
(210) 824-3278 (Telephone)
(210) 824-3937 (Facsimile)
poliver@bsklaw.com

By: Bryan A. Woods
Bryan A. Woods
State Bar No. 21952600

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing notice was served by electronic transmission on the following counsel of record on this 14th day of December 2015:

Aaron Haas
Attorney at Law
202 E. Locust Street
San Antonio, Texas 78212
aaron@salmonhaas.com
ATTORNEY FOR APPELLANTS

/s/ J. Bruce Bennett
J. Bruce Bennett